UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 JUN -7 PM 3: 42
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Cr. No._____ |
| Plaintiff, | § | |
| v. | § | **INDICTMENT** |
| | § | |
| MYKOLA KRAKOVETSKY, | § | [Violations: Ct. 1, 18 USC §471- |
| Defendant. | § | *Counterfeiting;* Ct. 2, 18 USC §§ 472- |
| | § | *Uttering Counterfeit Obligations of* |
| | § | *the United States* |

A11CR 309 SS

THE GRAND JURY CHARGES THAT:

### COUNT ONE
[Counterfeiting and Forging Obligations of the United States, 18 U.S.C. §471]

On or about March 24, 2011, in the Western District of Texas, the Defendant,

**MYKOLA KRAKOVETSKY,**

with intent to defraud, did counterfeit, falsely make and forge obligations of the United States, that is, one or more Federal Reserve Notes in the denomination amount of $20, all in violation of Title 18, United States Code, Section 471.

### COUNT TWO
[Uttering Counterfeit Obligations of the United States, 18 U.S.C. §472]

On or about March 24, 2011, in the Western District of Texas, the Defendant,

**MYKOLA KRAKOVETSKY,**

with the intent to defraud, did pass, utter and attempt to pass and utter approximately 28 falsely made, forged and counterfeited obligations of the United States, that is, Federal Reserve Notes in denomination amounts of $20, at H.E.B. Food Store, 407 South Adams, Fredericksburg, Texas,

which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

A TRUE BILL:

**ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002**

JOHN E. MURPHY
United States Attorney

By: _____
Ashley C. Hoff
Assistant United States Attorney